# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| VERONICA McCALLY, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:10-cv-00157-KOB |
| STATE OF ALABAMA and | ) |
| THE ATTORNEY GENERAL | ) |
| OF THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

## **DISMISSAL ORDER**

On February 9, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and the court ORDERS that the petition for writ of habeas corpus in this action be and the

same hereby is DISMISSED WITHOUT PREJUDICE. Petitioner's Motion to Transfer (Doc. #7) and Motion to Consolidate Cases (Doc. #8) are DENIED.

DONE this 11th day of March, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE